UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Joseph Potvin, et al.</u>

       v.                      Civil No. 11-cv-308-LM

<u>Paul Law Office, PLLC, et al.</u>


O R D E R

Upon a review of the plaintiffs' Notice of Withdrawal of Notice of Settlement (document no. 6), the certificate of service indicates that service was effectuated by the court's CM/ECF system. In fact, as the defendants have not yet filed an answer or otherwise appeared in this case, they are not receiving electronic notices through the court's CM/ECF system. Thus, there is no proof that the defendants were ever served with the notice of withdrawal of settlement in this case.

As a result, the plaintiffs shall serve the above-referenced pleading on the defendants in a manner authorized by Fed. R. Civ. P. 5(b)(2) and shall resubmit a certificate of service indicating the manner and date upon which service was effectuated. The defendants shall have 21 days from the date of service to file an answer or otherwise plead as permitted in Fed. R. Civ. P. 12.

SO ORDERED.

November 4, 2011               ***/s/ Daniel J. Lynch***
                               Daniel J. Lynch,
                               Chief Deputy Clerk


cc: James D. Kelly, Esq.